**Order entered March 7, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

| | |
|---|---|
| No. 05-21-00621-CR | No. 05-21-00622-CR |
| No. 05-21-00623-CR | No. 05-21-00624-CR |
| No. 05-21-00627-CR | No. 05-21-00628-CR |
| No. 05-21-00629-CR | No. 05-21-00630-CR |
| No. 05-21-00634-CR | No. 05-21-00635-CR |
| No. 05-21-00636-CR | No. 05-21-00637-CR |

**BRANDIE OLIVAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause Nos. F18-22537-K, F18-41244-K, F18-45948-K, F19-14122-K, F19-14136-K, F20-22413-K, F20-22447-K, F20-41532-K, F19-40342-K, F20-22421-K, F20-45665-K & F20-45679-K**

**ORDER**

Before the Court is appellant's March 3, 2022 motion for an extension of time to file her brief in these appeals. We **GRANT** the motion and **ORDER** appellant's brief due on or before April 29, 2022. Appellant is cautioned that the

failure to file a brief by that date may result in the appeals being abated for a hearing. *See* TEX. R. APP. P. 38.8(b)(3).

We **DIRECT** the Clerk to send copies of this order to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; to Valencia Bush; and to the Dallas County District Attorney's Office, Appellate Division.


/s/     BILL PEDERSEN, III
        JUSTICE